# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

In re: BLACKWATER ENTERPRISES, INC.  § Case No. 12-25471
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Sean C. Logan - Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00              Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,177,302.18      Claims Discharged
                                                    Without Payment: $912,367.33

Total Expenses of Administration: $242,697.82

---

3) Total gross receipts of $ 1,420,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,420,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $717,490.00 | $938,502.52 | $1,026,005.90 | $1,003,005.90 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 242,697.82 | 242,697.82 | 242,697.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,800.00 | 1,137,500.64 | 1,084,863.61 | 174,296.28 |
| **TOTAL DISBURSEMENTS** | $719,290.00 | $2,318,700.98 | $2,353,567.33 | $1,420,000.00 |

4) This case was originally filed under Chapter 7 on August 23, 2012. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/28/2015         By: /s/Sean C. Logan - Trustee
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 9843 Wades Point Road, Claiborne, MD 21624 | 1110-000 | 1,420,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,420,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Severn Savings Bank, FSB | 4110-000 | 717,490.00 | 761,477.64 | 843,098.68 | 843,098.68 |
| 5 | Atlantic Bonding Company, Inc. | 4110-000 | N/A | 101,641.75 | 73,164.49 | 73,164.49 |
| 6 | Willow Construction, LLC | 4110-000 | N/A | 52,383.13 | 60,282.89 | 60,282.89 |
| SECURED | Lombard Calvert Assemblage, LLC | 4120-000 | N/A | 23,000.00 | 23,000.00 | 0.00 |
| SECURED | National Barn Company | 4120-000 | N/A | | 26,459.84 | 26,459.84 |
| **TOTAL SECURED CLAIMS** | | | **$717,490.00** | **$938,502.52** | **$1,026,005.90** | **$1,003,005.90** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sean C. Logan - Trustee | 2100-000 | N/A | 65,850.00 | 65,850.00 | 65,850.00 |
| Sean C. Logan, Trustee | 2200-000 | N/A | 626.86 | 626.86 | 626.86 |
| The Law Offices of Sean C. Logan, Esq. | 3110-000 | N/A | 65,000.00 | 65,000.00 | 65,000.00 |
| Whiteford, Taylor & Preston L.L.P. | 3210-600 | N/A | 19,000.00 | 19,000.00 | 19,000.00 |
| Larry Strauss CPA MST CIRA | 3410-000 | N/A | 14,400.00 | 14,400.00 | 14,400.00 |
| United States Trustee | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| INSURANCE PARTNERS AGENCY, INC. | 2300-000 | N/A | 206.43 | 206.43 | 206.43 |
| Brilliant Title Corporation | 2500-000 | N/A | 5,489.53 | 5,489.53 | 5,489.53 |
| Brilliant Title Corporation | 3510-000 | N/A | 71,000.00 | 71,000.00 | 71,000.00 |
| Brilliant Title Corporation | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $242,697.82 | $242,697.82 | $242,697.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MGP Collington Operating, LLC | 7100-000 | N/A | 41,745.77 | 0.00 | 0.00 |
| 2 | MGP Collington Operating, LLC | 7100-000 | N/A | 10,891.26 | 0.00 | 0.00 |
| 4 | J.P. Exteriors, Inc. | 7100-000 | N/A | 84,863.61 | 84,863.61 | 84,863.61 |
| 7 | Rainer Rose | 7200-000 | N/A | 1,000,000.00 | 1,000,000.00 | 89,432.67 |
| NOTFILED | Comptroller of Maryland | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,800.00 | $1,137,500.64 | $1,084,863.61 | $174,296.28 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-25471  
**Case Name:** BLACKWATER ENTERPRISES, INC.

**Trustee:** (400360) Sean C. Logan - Trustee  
**Filed (f) or Converted (c):** 08/23/12 (f)  
**§341(a) Meeting Date:** 04/12/13  
**Claims Bar Date:** 07/11/13

**Period Ending:** 04/28/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  9843 Wades Point Road, Claiborne, MD 21624 | 2,900,000.00 | 2,182,510.00 | | 1,420,000.00 | FA |
| 1  Assets  Totals (Excluding unknown values) | $2,900,000.00 | $2,182,510.00 | | $1,420,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

    3-25-15 Trustee's Distribution Report Completed. Bank Statements mailed to Margaret Bloom.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013        **Current Projected Date Of Final Report (TFR):**   January 5, 2014  (Actual)

Printed: 04/28/2015 04:34 PM    V.13.23

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-25471 | | Trustee: | Sean C. Logan - Trustee (400360) |
|---|---|---|---|---|
| Case Name: | BLACKWATER ENTERPRISES, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2866 - Escrow Account |
| Taxpayer ID #: | **-***6032 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 04/28/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/15/13 | {1} | WSD Capital, LLC | Deposit for property located at 9843 Wades Point Road | 1110-000 | 29,000.00 | | 29,000.00 |
| 05/31/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 15.29 | 28,984.71 |
| 06/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.90 | 28,945.81 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.79 | 28,900.02 |
| 08/30/13 | {1} | WSD Capital LLC (incoming wire) | | 1110-000 | 71,000.00 | | 99,900.02 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.56 | 99,858.46 |
| 09/25/13 | {1} | WSD Capital LLC (incoming wire) | Deposit for property located at 9843 Wades Point Road | 1110-000 | 71,000.00 | | 170,858.46 |
| 09/25/13 | {1} | WSD Capital LLC (incoming wire) | Reversed Deposit Adj. 5  Deposit for property located at 9843 Wades Point Road | 1110-000 | -71,000.00 | | 99,858.46 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.84 | 99,719.62 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.78 | 99,561.84 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.65 | 99,428.19 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.32 | 99,270.87 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.54 | 99,123.33 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.06 | 98,990.27 |
| 03/19/14 | 101 | INSURANCE PARTNERS AGENCY, INC. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 03/19/2014 FOR CASE #12-25471 | 2300-000 | | 206.43 | 98,783.84 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.59 | 98,646.25 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.36 | 98,494.89 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.66 | 98,353.23 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.74 | 98,216.49 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.41 | 98,061.08 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.34 | 97,924.74 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.24 | 97,774.50 |
| 10/21/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -2,019.07 | 99,793.57 |
| 10/21/14 | | To Account #******2867 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | | 97,774.50 | 2,019.07 |
| 10/23/14 | | To Account #******2867 | | 9999-000 | | 2,019.07 | 0.00 |
| | | | ACCOUNT TOTALS | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 99,793.57 | |
| | | | Subtotal | | 100,000.00 | 206.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $100,000.00 | $206.43 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-25471  
**Case Name:** BLACKWATER ENTERPRISES, INC.  
**Taxpayer ID #:** **-***6032  
**Period Ending:** 04/28/15  

**Trustee:** Sean C. Logan - Trustee (400360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2867 - Deposit Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/30/14 | | Brilliant Title Corporation | Liquidation of real property located at 9843 Wades Point Road, Claiborne, Maryland 21642. | | | 217,354.57 | | 217,354.57 |
| | {1} | | Gross sale proceeds | 1,420,000.00 | 1110-000 | | | 217,354.57 |
| | | Severn Savings Bank, FSB | Payoff of 1st mortgage | -843,098.68 | 4110-000 | | | 217,354.57 |
| | | Atlantic Bonding Company, Inc. | Payoff of 2nd mortgage | -73,164.49 | 4110-000 | | | 217,354.57 |
| | | National Barn Company | Payoff of judgment lien | -26,459.84 | 4120-000 | | | 217,354.57 |
| | | Lombard Calvert Assemblage, LLC | Payoff of judgment lien | -23,000.00 | 4120-000 | | | 217,354.57 |
| | | Willow Construction, LLC | Payoff of judgment lien | -60,282.89 | 4110-000 | | | 217,354.57 |
| | | | closing cost prop. tax 2014 | -5,489.53 | 2500-000 | | | 217,354.57 |
| | | | Caldwell Banker and Benson & Mangold | -71,000.00 | 3510-000 | | | 217,354.57 |
| | | | deed | -150.00 | 2500-000 | | | 217,354.57 |
| | {1} | | Deposit | -100,000.00 | 1110-000 | | | 217,354.57 |
| 10/20/14 | | Brilliant Title Corporation | Funds were paid to Lombard Calvert Assembledge LLC at real estate closing. However title company found out after closing that Lombard Calverts judgment lien had been paid in full. Funds were returned to the bankruptcy estate. | | 4120-000 | | -23,000.00 | 240,354.57 |
| 10/21/14 | | From Account #******2866 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | | 9999-000 | 97,774.50 | | 338,129.07 |
| 10/23/14 | | From Account #******2866 | | | 9999-000 | 2,019.07 | | 340,148.14 |
| 01/22/15 | | To Account #******2868 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | | 9999-000 | | 33,400.00 | 306,748.14 |
| 03/11/15 | | To Account #******2868 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | | 9999-000 | | 306,748.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 317,148.14 | 317,148.14 | $0.00 |
| | | | Less: Bank Transfers | | | 99,793.57 | 340,148.14 | |
| | | | **Subtotal** | | | 217,354.57 | -23,000.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$217,354.57** | **$-23,000.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-25471  
**Case Name:** BLACKWATER ENTERPRISES, INC.  
**Taxpayer ID #:** **-***6032  
**Period Ending:** 04/28/15  

**Trustee:** Sean C. Logan - Trustee (400360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2868 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/22/15 |  | From Account #******2867 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | 33,400.00 |  | 33,400.00 |
| 01/22/15 | 101 | Larry Strauss CPA MST CIRA | Order granting Application re: Accountant fees | 3410-000 |  | 14,400.00 | 19,000.00 |
| 01/22/15 | 102 | Whiteford, Taylor & Preston L.L.P. | ORDER GRANTING APPLICATION re: WHITEFORD, TAYLOR Special counsel | 3210-600 |  | 19,000.00 | 0.00 |
| 03/11/15 |  | From Account #******2867 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | 306,748.14 |  | 306,748.14 |
| 03/11/15 | 103 | Sean C. Logan - Trustee | Dividend paid 100.00% on $65,850.00, Trustee Compensation; Reference: | 2100-000 |  | 65,850.00 | 240,898.14 |
| 03/11/15 | 104 | Sean C. Logan, Trustee | Dividend paid 100.00% on $626.86, Trustee Expenses; Reference: | 2200-000 |  | 626.86 | 240,271.28 |
| 03/11/15 | 105 | The Law Offices of Sean C. Logan, Esq. | Dividend paid 100.00% on $65,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 |  | 65,000.00 | 175,271.28 |
| 03/11/15 | 106 | United States Trustee | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees; Reference: 5471 | 2950-000 |  | 975.00 | 174,296.28 |
| 03/11/15 | 107 | J.P. Exteriors, Inc. | Dividend paid 100.00% on $84,863.61; Claim# 4; Filed: $84,863.61; Reference: | 7100-000 |  | 84,863.61 | 89,432.67 |
| 03/11/15 | 108 | Rainer Rose | Dividend paid 8.94% on $1,000,000.00; Claim# 7; Filed: $1,000,000.00; Reference: | 7200-000 |  | 89,432.67 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 340,148.14 | 340,148.14 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 340,148.14 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 340,148.14 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$340,148.14** |  |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******2866 | 100,000.00 | 206.43 | 0.00 |
| Checking # ******2867 | 217,354.57 | -23,000.00 | 0.00 |
| Checking # ******2868 | 0.00 | 340,148.14 | 0.00 |
|  | **$317,354.57** | **$317,354.57** | **$0.00** |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 04/28/2015 04:34 PM    V.13.23